No. 85–1894.  FALKOWSKI *v.* UNITED STATES DEPARTMENT OF JUSTICE.  C. A. D. C. Cir.  Motion of Christic Institute for leave to file a brief as *amicus curiae* granted.  Certiorari denied. ▮

No. 84–1340.  WYGANT ET AL. *v.* JACKSON BOARD OF EDUCATION ET AL., 476 U. S. 267;

No. 84–1513.  CALIFORNIA *v.* CIRAOLO, 476 U. S. 207;

No. 85–121.  KEMP, WARDEN *v.* YOUNG, 476 U. S. 1123;

No. 85–1537.  MUKA *v.* CARTER, CHIEF DISCIPLINARY COUNSEL, 476 U. S. 1110;

No. 85–1652.  KEMP, WARDEN *v.* COLEMAN; and KEMP, WARDEN *v.* ISAACS ET AL., 476 U. S. 1164;

No. 85–5273.  DAVID *v.* LOUISIANA, 476 U. S. 1130;

No. 85–5491.  HOUSTON *v.* TENNESSEE, 476 U. S. 1164;

No. 85–6033.  SHAH *v.* KERN COUNTY, CALIFORNIA, ET AL., 476 U. S. 1118;

No. 85–6531.  SPRAGGINS *v.* GEORGIA, 476 U. S. 1120;

No. 85–6554.  YOUNG *v.* MISSOURI, 476 U. S. 1109;

No. 85–6563.  BUFFALOE *v.* ANDERSON, 476 U. S. 1120;

No. 85–6565.  GODBEE *v.* NEWSOME, WARDEN, 476 U. S. 1120;

No. 85–6591.  LAGRANGE *v.* TEXAS DEPARTMENT OF PUBLIC SAFETY ET AL., 476 U. S. 1121;

No. 85–6610.  MYERS *v.* GUILLORY, WARDEN, ET AL., 476 U. S. 1121;

No. 85–6623.  BROWN *v.* JEFFERSON, 476 U. S. 1143;

No. 85–6647.  DAVIDSON *v.* DAVIS, WARDEN, 476 U. S. 1143;

No. 85–6658.  NOVEL *v.* PICARIELLO, JUDGE, ET AL., 476 U. S. 1143;

No. 85–6677.  TRAWICK *v.* FLORIDA, 476 U. S. 1143;

No. 85–6737.  RANDOLPH *v.* MUNCY, WARDEN, ET AL., 476 U. S. 1173; and

No. 85–6823.  IN RE THAPER, 476 U. S. 1139.  Petitions for rehearing denied.

No. 85–584.  GRANT ET AL. *v.* GENERAL ELECTRIC CREDIT CORP., 476 U. S. 1124.  Petition for rehearing denied.  JUSTICE BLACKMUN took no part in the consideration or decision of this petition.